# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED, <br><br> Plaintiffs, <br><br> vs. <br><br> CYPRESS SOLUTIONS, INC. <br><br> Defendant. | ) ) ) ) ) **Case No.:1:12-cv-0774** ) ) ) **DEMAND FOR JURY TRIAL** ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited ("Plaintiffs"), and Defendant Cypress Solutions, Inc.("Cypress"), by and through their respective undersigned counsel of record, hereby stipulate to and agree that this action, including all claims asserted therein, is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: July 13, 2012

| | |
|---|---|
| /s/ R. David Donoghue | /s/ Anthony E. Dowell |
| R. David Donoghue | Anthony E. Dowell |
| David.Donoghue@hklaw.com | aedowell@dowellip.com |
| HOLLAND & KNIGHT LLP | DOWELL IP, P.C. |
| 131 S. Dearborn, 30th floor | 201 Main St., Suite 710 |
| Chicago, Illinois 60603 | Lafayette, IN 47901 |
| (312) 263-3600 | (765) 429-4004 |
| | |
| **ATTORNEY FOR DEFENDANT** | **ATTORNEY FOR PLAINTIFFS** |
| **CYPRESS SOLUTIONS, INC.** | **ARRIVALSTAR S.A. and MELVINO** |
| | **TECHNOLOGIES LIMITED** |

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 13, 2012, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

R. David Donoghue
David.Donoghue@hklaw.com
HOLLAND & KNIGHT LLP
131 S. Dearborn, 30th floor
Chicago, Illinois 60603
(312) 263-3600

**ATTORNEY FOR DEFENDANT
CYPRESS SOLUTIONS, INC.**


/s/ Anthony E. Dowell